UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GONZALO ALEJO AMEZCUA,

                Plaintiff,

     v.

BRUCE SCOTT,

                Defendant.

CASE NO. 2:26-cv-00820-LK

ORDER REFERRING TO THE NORTHWEST IMMIGRANT RIGHTS PROJECT FOR REVIEW

The Court previously found that this case presents an issue that is sufficiently complex to warrant attorney assistance if possible, and referred the case to the Federal Public Defender for review. Dkt. No. 15 (setting forth the complex issue presented). The Federal Public Defender notified that Court that it will not seek appointment in this matter. Dkt. No. 16.

Accordingly, the Court ORDERS as follows:

(1) This matter is referred to the Northwest Immigrant Rights Project ("NWIRP") for review.

(2) The Court requests that NWIRP review the petition, the response thereto, and this Court's prior order of referral, Dkt. No. 15, and advise the Court by April 30, 2026, if it will accept

ORDER REFERRING TO THE NORTHWEST IMMIGRANT RIGHTS PROJECT FOR REVIEW - 1

appointment in this matter, whether for the limited purpose of addressing the anticipated supplemental briefing topic or for broader representation. If NWIRP enters a notice of appearance in this matter, it should designate the scope of its representation in that notice.

(3) The Clerk is directed to send a copy of this order to Alejo Amezcua, and a copy of the record (Dkt. Nos. 4, 7-9, 12–16), to NWIRP at habeas@nwirp.org for review.

Dated this 23rd day of April, 2026.

Lauren King
United States District Judge

ORDER REFERRING TO THE NORTHWEST IMMIGRANT RIGHTS PROJECT FOR REVIEW - 2