UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GONZALO ALEJO AMEZCUA, | CASE NO. 2:26-cv-00820-LK |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

This matter comes before the Court on its own review of the record. Petitioner Gonzalo Alejo Amezcua seeks a writ of habeas corpus ordering his release from the Northwest ICE Processing Center ("NWIPC") or a bond hearing. Dkt. No. 4 at 1–2. However, Alejo Amezcua's current custodian, the warden of the NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); s*ee Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). For this matter to proceed, Alejo Amezcua must name his current custodian as a respondent. Otherwise, the Court does not have jurisdiction to review the petition.

ORDER TO SHOW CAUSE - 1

Accordingly, the Court ORDERS as follows:

1. The Court vacates the portion of its previous order, Dkt. No. 15 at 1 n.1, substituting Warden Bruce Scott as the respondent in this matter.

2. No later than May 28, 2026, Alejo Amezcua must (1) file a response to this Order explaining why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, (2) in the alternative, file an amended petition that adds the warden as a respondent.

3. If Alejo Amezcua files an amended habeas petition, any return to the amended petition must be filed within 14 days thereafter. Respondents may also choose to rely on their original return by notifying the Court within that time.

4. If Alejo Amezcua files an amended petition and Respondents file an amended return, Alejo Amezcua may file a reply no later than 14 days after Respondents file their return.

If no response or amended petition naming the warden as a respondent is received by May 28, 2026, the Court will dismiss the petition without prejudice.

Dated this 11th day of May, 2026.

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2